2010-13828
FILED
November 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003072228

**4**

1  T. SCOTT BELDEN, CSB NO. 184387
   KIMBERLY D. SCHROEDER, CSB NO. 255911
2  KLEIN, DENATALE, GOLDNER,
     COOPER, ROSENLIEB & KIMBALL, LLP
3  4550 California Avenue, Second Floor
   Bakersfield, California 93309
4  Telephone: (661) 395-1000
   Facsimile: (661) 326-0418
5  E-Mail: sbelden@kleinlaw.com; kschroeder@kleinlaw.com

6  Attorneys for Debtors

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10                    **FRESNO DIVISION**

11  In re:                          Case No.  2010-13828-A-11

12  HABIB RASHED and                Chapter  11
    KAMELIA NASSER,
13                                  DC No.  KDG-6
             Debtors.
14
                                    Date:      October 20, 2010
15                                  Time:      1:30 p.m.
                                    Place:     Bankruptcy Court
16                                             2500 Tulare Street, Dept. A
                                               Courtroom 11, 5th Floor
17                                             Fresno, California
                                    Judge:     Honorable Whitney Rimel
18

19

20          **FINDINGS OF FACT IN SUPPORT OF FINAL APPROVAL OF**
            **DISCLOSURE STATEMENT AND CONFIRMATION OF SMALL**
21          **BUSINESS PLAN OF REORGANIZATION UNDER CHAPTER 11**
            **OF THE BANKRUPTCY CODE DATED AUGUST 31, 2010**
22

23  I.     Introduction[1]

24         Confirmation of the *Small Business Plan of Reorganization Under Chapter 11 of the*

25  *Bankruptcy Code Dated August 31, 2010* filed by Habib Rashed and Kamelia Nasser

26  ("Debtors"), on August 31, 2010, (the "Plan"), came on for hearing on October 20, 2010, at

27  1:30 p.m. after notice to Debtors, the United States Trustee, all creditors and parties requesting

28  _____
    [1]  The Capitalized terms herein shall have the same meaning as set forth in the Plan of Reorganization filed on
    ...r 3, 2010.

RECEIVED
November 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003072228

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

special notice.  T. Scott Belden, Esq., appeared on behalf of the Debtors and other appearances were made as set forth on the record.

The Court reviewed the Plan, the *Worksheets for Determining Acceptance of Plan of Reorganization* submitted by Debtors, the *Memorandum of Points and Authorities in Support of Confirmation of Plan of Reorganization Filed by Debtors*, the *Declaration of Habib Rashed in Support of Confirmation of Plan of Reorganization Filed by Debtors*, the *Ballots on Plan of Reorganization filed by Debtors*, and considered the comments made on the record by counsel for Debtors.

After determining that copies of the Plan and the *Debtors' Disclosure Statement Dated August 31, 2010* conditionally approved by the Court had been served on Debtors, the United States Trustee, all creditors, parties in interest, and parties requesting special notice, makes the following findings as more fully described on the record at the hearing held on October 20, 2010:

II.    Findings of Fact and Conclusions of Law

1.    the *Debtors' Disclosure Statement, Dated August 31, 2010* filed by Debtors on September 3, 2010 ("the Disclosure Statement") contains "adequate information" as required by 11 U.S.C. section 1125;

2.    the *Small Business Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Dated August 31, 2010*, filed by Debtors on September 3, 2010 and modified by the *Order Approving Disclosure Statement and Confirming Small Business Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Dated August 31, 2010 filed by Debtors and Setting Administrative Bar Date* (collectively the "Plan"), complies with the applicable provisions of Chapter 11 of the Bankruptcy Code and meets the requirements of 11 U.S.C. § 1129 as more fully described below;

a.    The Plan has been proposed in good faith and not by any means forbidden by law;

KLEIN, DeNatale, Goldner,
Cooper, Rosenlieb & Kimball, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309

b.  Any payment made or promised by Debtors or the estate for the services or for costs and expenses incurred in connection with the case, or in connection with the Plan and incident to the case, have been disclosed to the Court;

c.  A holder of a claim or interest of an impaired class that has accepted the Plan has, or will receive or retain under the Plan, property of a value, as of the Effective date of the Plan, that is not less than the amount that such holder would receive or retain if the estate was liquidated under Chapter 7 on account of such claim;

d.  The Plan has been accepted by at least one class of claims impaired under the Plan excluding insiders of Debtors;

e.  Confirmation of the Plan is not likely to be followed by the liquidation or the need for further financial reorganization of Debtors except as proposed in the Plan; and

f.  All required Court and United States Trustee fees will be paid before the Effective Date of the Plan.

3.  Notice of the hearing on final approval of the Disclosure Statement and confirmation of the Plan was adequate and, based upon the foregoing, good cause appears for the entry of an Order approving the Disclosure Statement and confirming the Plan.

///
///
///
///
///
///
///
///
///
///

32V2740.DOC

1    4.    The Court will issue a separate Order approving the Disclosure Statement and

2  confirming the Plan and setting specified deadlines as set forth in the Plan.

3  **Respectfully Submitted By:**

4      KLEIN, DeNATALE, GOLDNER,

5  COOPER, ROSENLIEB & KIMBALL, LLP

6  By  /s/ T. Scott Belden

7      T. SCOTT BELDEN
      KIMBERLY D. SCHROEDER

8      Attorneys for Debtors

9

10

11

12

Dated:

Nov 21, 2010

United States Bankruptcy Judge

17

18

19

20

21

22

23

24

25

26

27

28

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
SECOND FLOOR
93309
455(
BAk